UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TARONTAE JACKSON,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>OFFICER AKI,<br><br>　　　Defendant(s). | Case No. 2:24-cv-01950-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 10] |

Pending before the Court is Plaintiff's motion to extend the time for service of process, noting that Defendant Aki has not responded to the request to waive service. Docket No. 10. Plaintiff also requests service be attempted by the United States Marshal Service. *See id.* For good cause shown, the motion is **GRANTED**.

The Court also **ORDERS** as follows:

1. The Clerk of the Court shall issue summons to Defendant, and deliver the same to the U.S. Marshal for service. The Clerk of the Court shall also deliver a copy of the complaint (Docket No. 7) to the U.S. Marshal for service.

2. Plaintiff shall have twenty days in which to furnish the U.S. Marshal with the required Form USM-285.[1] Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice with the court identifying whether defendant was served. If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the Court identifying the unserved defendant and specifying a more detailed

---

[1] The USM-285 form is available at www.usmarshals.gov/process/usm285.pdf.

1

name and/or address for said defendant, or whether some other manner of service should be attempted.

3. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within 90 days from the date this order is entered.

IT IS SO ORDERED.

Dated: July 17, 2025

_____
Nancy J. Koppe
United States Magistrate Judge