UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Tarontae Jackson,<br><br>    Plaintiff(s),<br><br>v.<br><br>Officer Aki,<br><br>    Defendant(s). | Case No. 2:24-cv-01950-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 20] |

Pending before the Court is Plaintiff's motion requesting an additional service attempt on Defendant. Docket No. 20.[1] Plaintiff explains that he seeks to serve Defendant at the address for Las Vegas Metropolitan Police Department. *See* Docket No. 20 at 1. The motion requesting an additional service attempt on Defendant is **GRANTED**. The Court further **ORDERS** as follows:

1. The Clerk of Court shall send a copy of the summons (Docket No. 12) and complaint (Docket No. 7) to the U.S. Marshal for service.

2. The Clerk of Court shall send Plaintiff a copy of the required Form USM-285.

3. Plaintiff shall have twenty days in which to furnish the U.S. Marshal with the required Form USM-285. Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice with the court identifying whether defendant was served. If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

4. The deadline to effectuate service is **EXTENDED** to January 30, 2026.

IT IS SO ORDERED.

Dated: December 2, 2025

                                        Nancy J. Koppe
                                        United States Magistrate Judge