**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Tarontae Jackson, | Case No. 2:24-cv-01950-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 32] |
| C/O Aki, | |
| Defendant(s). | |

Pending before the Court is Plaintiff's first amended complaint, which he filed without seeking leave. Docket No. 33. Given the liberality afforded to the filings of *pro se* prisoners, *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013), the extreme liberality applied to proposed amendments to pleadings, *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003), and the assignment of burdens to a party opposing amendment, *see, e.g.*, *Underwood v. O'Reilly Auto Enters., LLC*, 342 F.R.D. 338, 343 (D. Nev. 2022), the Court construes this filing as seeking leave to amend. No later than March 26, 2025, Defendant must file either a notice of non-opposition to amendment or a brief explaining its position(s) as to why amendment should be denied.

IT IS SO ORDERED.

Dated: March 19, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1