ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant Sgt. Kaluna Aki*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TARONTAE DAIJOHN JACKSON, | Case No. 2:24-CV-01950-GMN-NJK |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS FOR DEFENDANT SERGEANT KALUNA AKI** |
| vs. | |
| SERGEANT KALUNA AKI, | |
| Defendant. | |

Defendant SERGEANT KALUNA AKI hereby substitutes the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, as sole counsel of record for Defendant SERGEANT KALUNA AKI in place and stead of MCNUTT LAW FIRM, P.C.

DATED this 19th day of March, 2026.

By     */s/ Sgt. Kaluna Aki*
        SERGEANT KALUNA AKI

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

173781568.1

**CONSENT TO SUBSTITUTION**

Daniel R. McNutt, Esq., Matthew C. Wolf, Esq., and Mark D. Hesiak, Esq. hereby agree and consent to the substitution of Robert W. Freeman, Esq. and E. Matthew Freeman, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, as sole counsel of record for Defendant SERGEANT KALUNA AKI, in the above-entitled action.

DATED this 6th day of February, 2026.

MCNUTT LAW FIRM, P.C.


By _____/s/ Matt C. Wolf_____
DANIEL R. MCNUTT
Nevada Bar No. 7815
MATTHEW C. WOLF
Nevada Bar No. 10801
MARK D. HESIAK
Nevada Bar No. 12397
11441 Allerton Peak Drive, Suite 100
Las Vegas, Nevada 89135
*Attorneys for Defendant Sergeant Kaluna Aki*

**ACCEPTANCE OF SUBSTITUTION**

Robert W. Freeman, Esq. and E. Matthew Freeman, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby accept the substitution as sole counsel of record for Defendant SERGEANT KALUNA AKI in the above-entitled action.

DATED this 20th day of March, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP


By _____/s/ Robert W. Freeman_____
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Sergeant Kaluna Aki*

IT IS SO ORDERED.
Dated:  March 23, 2026
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

173781568.1                    2