**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TARONTAE JACKSON,

    Plaintiff,

v.

C/O AKI,

    Defendant.

Case No. 2:24-cv-01950-GMN-NJK

**Order**

[Docket No. 33]

Pending before the Court is Plaintiff's first amended complaint, which he filed without seeking leave. Docket No. 33. The Court construes the filing as seeking leave to amend.[1] Docket No. 34 at 1.

On March 19, 2026, the Court ordered Defendant to file either a notice of non-opposition to amendment or a brief explaining its position(s) as to why amendment should be denied. *Id.* Defendant filed a notice of non-opposition to Plaintiff's motion for leave to amend. Docket No. 37.

Accordingly, the Court **GRANTS** Plaintiff's motion for leave to amend. Docket No. 33. No later than March 31, 2026, Defendant must file notice as to whether he waives services of the first amended complaint. The parties are **INSTRUCTED** to comply with the Federal Rules of Civil Procedure and the Local Rules in all future filings.

Dated: March 27, 2026

IT IS SO ORDERED

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] "Given the liberality afforded to the filings of *pro se* prisoners, *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013), the extreme liberality applied to proposed amendments to pleadings, *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003), and the assignment of burdens to a party opposing amendment, *see, e.g., Underwood v. O'Reilly Auto Enters.*, LLC, 342 F.R.D. 338, 343 (D. Nev. 2022), the Court construes this filing as seeking leave to amend." Docket No. 34 at 1.

1