**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Tarontae Jackson,

     Plaintiff(s),

v.

C/O Aki,

     Defendant(s).

Case No. 2:24-cv-1950-GMN-NJK

**Order**

[Docket No. 43]

Pending before the Court are Plaintiff's answers to interrogatories. Docket No. 43. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

     IT IS SO ORDERED.

     Dated: May 11, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1