LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

***Attorneys for Defendant***
***Sergeant Kaluna Aki***

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TARONTAE DAIJOHN JACKSON, | Case No.:   2:24-cv-01950-GMN-NJK |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEYS** |
| SERGEANT KALUNA AKI, | |
| Defendants. | |

LYSSA ANDERSON, KRISTOPHER KALKOWSKI and TRAVIS STUDDARD of the law firm of KAEMPFER CROWELL hereby substitute as attorneys for Defendant, Sergeant Kaluna Aki ("Defendant") in the above-entitled action, in place of Robert W. Freeman, Esq. and

/ / /

/ / /

/ / /

/ / /

E. Matthew Freeman, Esq. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP.

DATED this 18th day of May, 2026.

KAEMPFER CROWELL


By:    /s/ Lyssa Anderson
       LYSSA S. ANDERSON (Nevada Bar No. 5781)
       KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
       TRAVIS C. STUDDARD (Nevada Bar No. 16454)
       1980 Festival Plaza Drive, Suite 650
       Las Vegas, Nevada  89135

       **Attorneys for Defendant**
       **Sergeant Kaluna Aki**


DATED this 18th day of May, 2026.

We hereby consent to the substitution.


                    Sergeant Kaluna Aki

                    By:    /s/  Matthew Christian
                         Name:  Matthew Christian
                         Assistant General Counsel for Las Vegas
                         Metropolitan Police Department

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.

Page 2 of 4

We hereby agree to the substitution of Kaempfer Crowell as attorneys for Defendant.

DATED this 18th day of May, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Robert W. Freeman
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
E. MATTHEW FREEMAN, ESQ.
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118

**ORDER**

IT IS SO ORDERED.

United States Magistrate Judge

DATED:  May 19, 2026

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.

Page 3 of 4